IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE VERIZON EMPLOYEE BENEFITS COMMITTEE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  CASE NO.: 1:14-cv-155-MEF |
| | )  (WO - Do Not Publish) |
| CLARENCE RESPRESS, and ARMY AVIATION CENTER FEDERAL CREDIT UNION, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

A status conference was held in this matter by telephone on June 20, 2014, at which time the parties informed the Court that mediation in this matter was unsuccessful. As a result, and without objection from the parties, it is hereby ORDERED as follows:

1. Except as provided in this Order, the Preliminary Injunction Order (Doc. #17) entered on April 24, 2013, shall remain in full force and effect up to and including the trial in this matter;

2. The STAY of Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is lifted, and Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than Wednesday, July 2, 2014.

DONE this the 23rd day of June, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE